IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


BEN PITTS                                                    PLAINTIFF

     V.                        Civil No. 10-6071

SHERIFF LARRY SANDERS,
ADMINISTRATOR MELVIN
STEED, DEPUTY HONEYCUTT,
CORPORAL DUNN and
DEPUTY HOLLAND                                              DEFENDANTS


O R D E R

On this 17th day of February 2011, there comes on for consideration the report and recommendation filed in this case on January 20, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 7).   No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:   The report and recommendation is proper and should be and hereby is adopted in its entirety.   Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court.   *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.


                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge